

**FILED & ENTERED**

**SEP 21 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY may        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>Stacey Beck<br><br>Debtor(s). | Case No.: 2:23-bk-16111-SK<br><br>CHAPTER 13<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL**<br><br>Date:    October 19, 2023<br>Time:    9:00 a.m.<br>Courtroom: 1575,<br>         Edward Roybal Federal Building<br>         255 E. Temple Street<br>         **Los Angeles, CA 90012** |

    IT IS HEREBY ORDERED that an Order to Show Cause why the above captioned bankruptcy proceeding should not be dismiss based upon Debtor's request for waiver of Credit Counseling requirement (exigent circumstances). Or, why the debtor, or debtor's counsel should not be sanctioned for failure to appear or respond to the Order to Show Cause hearing set for October 19, 2023 at 9:00 a.m. in courtroom 1575, Edward Roybal Federal Building, 255 East Temple Street, Los Angeles, Ca 90012

-2-

Written response to the Order to Show Cause is due 14 days prior to the hearing date.

**IT IS SO ORDERED**.

###

Date: September 21, 2023

Sandra R. Klein
United States Bankruptcy Judge