FORM CACB van154–od13vdr
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Stacey Beck

**BANKRUPTCY NO.** 2:23–bk–16111–SK

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any): xxx–xx–3999
Employer Tax–Identification (EIN) No(s).(if any): N/A
**Debtor Dismissal Date:** 9/27/23

**Address:**
5493 E. 29th St
Long Beach, CA 90815

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and
(2) the court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: September 27, 2023

BY THE COURT,

**Sandra R. Klein**
United States Bankruptcy Judge

Form van154–od13vd Rev. 06/2017

**16 / TM**